# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
§ 
SEAN TERRANCE LARMON § Case No. 15-02402
MARJORIE LARMON § 
§ 
§ 
Debtors §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Tuesday, March 29, 2016, in Courtroom 613, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/25/2016            By: /s/ Catherine Steege
                                       Trustee

*CATHERINE STEEGE*
*JENNER & BLOCK*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SEAN TERRANCE LARMON § Case No. 15-02402
MARJORIE LARMON §
§
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 21,785.76 |
| and approved disbursements of | $ | 247.42 |
| leaving a balance on hand of[1] | $ | 21,538.34 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | AJ SMITH FEDERAL SVGS | $ 163,202.54 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 21,538.34 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 1,849.51 | $ 0.00 | $ 1,849.51 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,849.51 |
| Remaining Balance | $ | 19,688.83 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,882.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | DISCOVER BANK | $ 917.98 | $ 0.00 | $ 917.98 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | $ 831.70 | $ 0.00 | $ 831.70 |
| 4 | NAVIENT SOLUTIONS INC. | $ 2,987.51 | $ 0.00 | $ 2,987.51 |
| 5 | CAPITAL ONE N. A. | $ 517.38 | $ 0.00 | $ 517.38 |
| 6 | CAPITAL ONE N. A. | $ 68.42 | $ 0.00 | $ 68.42 |
| 7 | SPRINGLEAF FINANCIAL SERVICES | $ 3,048.09 | $ 0.00 | $ 3,048.09 |
| 8 | CAPITAL RECOVERY V, LLC | $ 511.14 | $ 0.00 | $ 511.14 |

Total to be paid to timely general unsecured creditors     $     8,882.22

Remaining Balance     $     10,806.61

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 15.97 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 10,790.64 .

Prepared By: /s/ Catherine Steege
Trustee

*CATHERINE STEEGE*
*JENNER & BLOCK*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL 60654-3456*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                              Case No. 15-02402-DLT
Sean Terrance Larmon                                                Chapter 7
Marjorie Larmon
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: esullivan            Page 1 of 2          Date Rcvd: Feb 26, 2016
                              Form ID: pdf006            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2016.
db/jdb         +Sean Terrance Larmon,    Marjorie Larmon,    15630 S. Lockwood,    Oak Forest, IL 60452-3315
22853362       +AJ Smith Federal SVGS,    Attn: Bankruptcy Dept.,    14757 South Cicero,
                 Midlothian,IL 60445-3172
22853364      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:   BK OF AMER,    Attn: Bankruptcy Dept.,    Po Box 982235,
                 El Paso,TX 79998)
22853367       +BBY/CBNA,   Attn: Bankruptcy Dept.,    50 Northwest Point Road,
                 Elk Grove Village,IL 60007-1032
22853361       +BMO Harris BANK,    Attn: Bankruptcy Dept.,    Po Box 94034,    Palatine,IL 60094-4034
22853366       +CAP1/Bstby,    Attn: Bankruptcy Dept.,    26525 N Riverwoods Blvd,    Mettawa,IL 60045-3440
22853365       +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,   Wilmington,DE 19850-5298
23534373        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22853379       +Chase CARD,    Attn: Bankruptcy Dept.,    Po Box 15298,   Wilmington,DE 19850-5298
22853377       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,   Atlanta,GA 30374-0241
22853376       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,   Allen,TX 75013-2002
23508135       +Navient Solutions Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
22853370       +Shell/CITI,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls,SD 57117-6497
22853375        Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,   Chester,PA 19022
22853369       +Wells Fargo ED FIN SVC,    Attn: Bankruptcy Dept.,    301 E 58Th St N,
                 Sioux Falls,SD 57104-0422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23646534        E-mail/PDF: rmscedi@recoverycorp.com Feb 27 2016 00:45:09      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
23443237        E-mail/Text: mrdiscen@discover.com Feb 27 2016 00:46:43      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
22853373       +E-mail/Text: mrdiscen@discover.com Feb 27 2016 00:46:43      Discover FIN SVCS LLC,
                 Attn: Bankruptcy Dept.,    Po Box 15316,   Wilmington,DE 19850-5316
22853372       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 27 2016 00:46:57      Kohls/Capone,
                 Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls,WI 53051-7096
22853363       +E-mail/Text: lossmitigation@missionfed.com Feb 27 2016 00:49:19      Mission Federal CR UNI,
                 Attn: Bankruptcy Dept.,    5785 Oberlin Dr,   San Diego,CA 92121-1792
22853368       +E-mail/PDF: pa_dc_claims@navient.com Feb 27 2016 00:43:54      Navient,    Attn: Bankruptcy Dept.,
                 Po Box 9500,   Wilkes Barre,PA 18773-9500
23466380       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2016 00:55:11
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
22853374        E-mail/PDF: cbp@springleaf.com Feb 27 2016 00:45:05      Springleaf Financial S,
                 Attn: Bankruptcy Dept.,    3200 W 159Th St Ste B,   Markham,IL 60428
23609381        E-mail/PDF: cbp@springleaf.com Feb 27 2016 00:42:30      Springleaf Financial Services,
                 P.O. Box 3251,   Evansville, IN 47731-3251
22853371       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2016 00:42:32      Syncb/Lowes,
                 Attn: Bankruptcy Dept.,    Po Box 965005,   Orlando,FL 32896-5005
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
22853381*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:   BK OF AMER,    Attn: Bankruptcy Dept.,    Po Box 982235,
                 El Paso,TX 79998)
22853380*      +BBY/CBNA,    Attn: Bankruptcy Dept.,    50 Northwest Point Road,
                 Elk Grove Village,IL 60007-1032
23534374*       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22853384*      +Chase CARD,    Attn: Bankruptcy Dept.,    Po Box 15298,   Wilmington,DE 19850-5298
22853378*      +Kohls/Capone,    Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls,WI 53051-7096
22853382*      +Shell/CITI,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls,SD 57117-6497
22853383*      +Syncb/Lowes,    Attn: Bankruptcy Dept.,    Po Box 965005,   Orlando,FL 32896-5005
                                                                                   TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: esullivan             Page 2 of 2                   Date Rcvd: Feb 26, 2016
                              Form ID: pdf006             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2016 at the address(es) listed below:
              Catherine L. Steege, ESQ    csteege@jenner.com,   csteege@ecf.epiqsystems.com
              Cecil D Scruggs    on behalf of Debtor 1 Sean Terrance Larmon ndil@geracilaw.com
              Cecil D Scruggs    on behalf of Debtor 2 Marjorie  Larmon ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Raymond J Ostler    on behalf of Creditor    A.J. Smith Federal Savings Bank rostler@gsgolaw.com
                                                                                             TOTAL: 5
```