UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SEAN TERRANCE LARMON | § | Case No. 15-02402 |
| MARJORIE LARMON | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 206,775.00                          Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 8,898.19            Claims Discharged
                                                       Without Payment: 56,492.00

Total Expenses of Administration: 2,096.93

---

3) Total gross receipts of $ 21,785.76  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 10,790.64  (see **Exhibit 2**), yielded net receipts of $ 10,995.12  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 170,844.00 | $ 163,202.54 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,096.93 | 2,096.93 | 2,096.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,215.00 | 8,882.22 | 8,882.22 | 8,898.19 |
| **TOTAL DISBURSEMENTS** | $ 230,059.00 | $ 174,181.69 | $ 10,979.15 | $ 10,995.12 |

4) This case was originally filed under chapter 7 on 01/26/2015. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/13/2016                    By:/s/CATHERINE STEEGE
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DISNEY STOCK | 1223-000 | 21,785.76 |
| **TOTAL GROSS RECEIPTS** | | **$21,785.76** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SEAN TERRANCE LARMON and MARJORIE LARMON | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 10,790.64 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 10,790.64** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | BMO Harris BANK | | 6,705.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. 14757 South Cicero | | 0.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. Po Box 94034 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midlothian IL 60445 | | 0.00 | NA | NA | 0.00 |
| | Palatine IL 60094 | | 0.00 | NA | NA | 0.00 |
| 1 | AJ SMITH FEDERAL SVGS | 4110-000 | 164,139.00 | 163,202.54 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 170,844.00 | $ 163,202.54 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE | 2100-000 | NA | 1,849.51 | 1,849.51 | 1,849.51 |
| CATHERINE STEEGE | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| ASSOCIATED BANK | 2600-000 | NA | 247.42 | 247.42 | 247.42 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,096.93 | $ 2,096.93 | $ 2,096.93 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| [X] None | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 BBY/CBNA Attn: Bankruptcy Dept. 50 Northwest Point Road Elk Grove Village IL 60007 | | 375.00 | NA | NA | 0.00 |
| | 12 Mission Federal CR UNI Attn: Bankruptcy Dept. 5785 Oberlin Dr San Diego CA 92121 | | 0.00 | NA | NA | 0.00 |
| | 14 Shell/CITI Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | 716.00 | NA | NA | 0.00 |
| | 15 Shell/CITI Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | 790.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 17 Syncb/Lowes Attn: Bankruptcy Dept. Po Box 965005 Orlando FL 32896 | | 548.00 | NA | NA | 0.00 |
| | 18 Syncb/Lowes Attn: Bankruptcy Dept. Po Box 965005 Orlando FL 32896 | | 595.00 | NA | NA | 0.00 |
| | 19 Wells Fargo ED FIN SVC Attn: Bankruptcy Dept. 301 E 58Th St N Sioux Falls SD 57104 | | 4,735.00 | NA | NA | 0.00 |
| | 2 BBY/CBNA Attn: Bankruptcy Dept. 50 Northwest Point Road Elk Grove Village IL 60007 | | 619.00 | NA | NA | 0.00 |
| | 3 BK OF AMER Attn: Bankruptcy Dept. Po Box 982235 El Paso TX 79998 | | 6,414.00 | NA | NA | 0.00 |
| | 4 BK OF AMER Attn: Bankruptcy Dept. Po Box 982235 El Paso TX 79998 | | 12,468.00 | NA | NA | 0.00 |
| | 5 CAP1/Bstby Attn: Bankruptcy Dept. 26525 N Riverwoods Blvd Mettawa IL 60045 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 6 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 12,140.00 | NA | NA | 0.00 |
| | 7 Chase CARD Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 2,964.00 | NA | NA | 0.00 |
| | 8 Chase CARD Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 7,423.00 | NA | NA | 0.00 |
| 5 | CAPITAL ONE N. A. | 7100-000 | 517.00 | 517.38 | 517.38 | 517.38 |
| 6 | CAPITAL ONE N. A. | 7100-000 | 114.00 | 68.42 | 68.42 | 68.42 |
| 8 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 511.14 | 511.14 | 511.14 |
| 2 | DISCOVER BANK | 7100-000 | 861.00 | 917.98 | 917.98 | 917.98 |
| 4 | NAVIENT SOLUTIONS INC. | 7100-000 | 3,634.00 | 2,987.51 | 2,987.51 | 2,987.51 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 831.70 | 831.70 | 831.70 |
| 7 | SPRINGLEAF FINANCIAL SERVICES | 7100-000 | 4,302.00 | 3,048.09 | 3,048.09 | 3,048.09 |
| | CAPITAL ONE N. A. | 7990-000 | NA | NA | NA | 1.05 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAPITAL RECOVERY V, LLC | 7990-000 | NA | NA | NA | 0.92 |
| | DISCOVER BANK | 7990-000 | NA | NA | NA | 1.65 |
| | NAVIENT SOLUTIONS INC. | 7990-000 | NA | NA | NA | 5.37 |
| | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7990-000 | NA | NA | NA | 1.50 |
| | SPRINGLEAF FINANCIAL SERVICES | 7990-000 | NA | NA | NA | 5.48 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 59,215.00 | $ 8,882.22 | $ 8,882.22 | $ 8,898.19 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 15-02402 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|---|---|
| Case Name: | SEAN TERRANCE LARMON | | | | Date Filed (f) or Converted (c): | 01/26/2015 (f) |
| | MARJORIE LARMON | | | | 341(a) Meeting Date: | 02/25/2015 |
| For Period Ending: | 06/13/2016 | | | | Claims Bar Date: | 09/25/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 15630 S. Lockwood  Oak Forest, IL 60452 (Debtor's | 185,798.00 | 0.00 | | 0.00 | FA |
| 2. FIRST MIDWEST BANK SAVINGS ACCOUNT | 500.00 | 0.00 | | 0.00 | FA |
| 3. FIRST MIDWEST BANK CHECKING ACCOUNT | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. USED HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS, CDs, DVDs, TAPES/RECORDS, FAMILY PICTURES | 75.00 | 0.00 | | 0.00 | FA |
| 6. NECESSARY WEARING APPAREL | 150.00 | 0.00 | | 0.00 | FA |
| 7. WATCH, COSTUME JEWELRY, WEDDING RING | 500.00 | 0.00 | | 0.00 | FA |
| 8. TERM LIFE INSURANCE - NO CASH SURRENDER VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 9. PENSION W/ EMPLOYER/FORMER EMPLOYER - 100% EXEMPT | 0.00 | 0.00 | | 0.00 | FA |
| 10. ANTICIPATED 2014 FEDERAL TAX RETURN | 6,200.00 | 0.00 | | 0.00 | FA |
| 11. 2004 CHEVROLET MALIBU WITH OVER 158,000 MILES | 1,120.00 | 0.00 | | 0.00 | FA |
| 12. BMO - 2009 SUBARU FORESTER WITH OVER 56,000 MILES | 8,932.00 | 0.00 | | 0.00 | FA |
| 13. DISNEY STOCK           (u) | 21,785.76 | 21,785.76 | | 21,785.76 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $228,560.76 | $21,785.76 | | $21,785.76 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-02402 | Trustee Name: CATHERINE STEEGE |
| Case Name: SEAN TERRANCE LARMON | Bank Name: Associated Bank |
| MARJORIE LARMON | Account Number/CD#: XXXXXX9362 |
| | Checking Account |
| Taxpayer ID No: XX-XXX1389 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/13/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/08/15 | 13 | FIRST MIDWEST BANK | DISNEY STOCK | 1223-000 | $21,785.76 | | $21,785.76 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $24.02 | $21,761.74 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $32.35 | $21,729.39 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $32.31 | $21,697.08 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $31.22 | $21,665.86 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $32.21 | $21,633.65 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $31.12 | $21,602.53 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.12 | $21,570.41 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.07 | $21,538.34 |
| 04/01/16 | 3001 | CATHERINE STEEGE<br>353 N. Clark Street<br>CHICAGO, IL  60654-3456 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,849.51 | $19,688.83 |
| 04/01/16 | 3002 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $919.63 | $18,769.20 |
| | | | | ($1.65) | 7990-000 | | |
| | | DISCOVER BANK | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($917.98) | 7100-000 | | |

| | | | | | Page Subtotals: | $21,785.76 | $3,016.56 |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 15-02402 | |
| Case Name: | SEAN TERRANCE LARMON | |
| | MARJORIE LARMON | |
| Taxpayer ID No: | XX-XXX1389 | |
| For Period Ending: | 06/13/2016 | |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX9362 |
| | Checking Account |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/01/16 | 3003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN<br>ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $833.20 | $17,936.00 |
| | | | | ($1.50) | 7990-000 | | |
| | | PYOD, LLC ITS SUCCESSORS AND ASSIGN | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($831.70) | 7100-000 | | |
| 04/01/16 | 3004 | NAVIENT SOLUTIONS INC.<br>220 LASLEY AVE<br>WILKES-BARRE, PA 18706 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $2,992.88 | $14,943.12 |
| | | | | ($5.37) | 7990-000 | | |
| | | NAVIENT SOLUTIONS INC. | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($2,987.51) | 7100-000 | | |
| 04/01/16 | 3005 | CAPITAL ONE N. A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $518.31 | $14,424.81 |
| | | | | ($0.93) | 7990-000 | | |
| | | CAPITAL ONE N. A. | Final distribution to claim 5 representing a payment of 100.00 % per court order. | ($517.38) | 7100-000 | | |
| 04/01/16 | 3006 | CAPITAL ONE N. A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | $68.54 | $14,356.27 |
| | | | | ($0.12) | 7990-000 | | |
| | | CAPITAL ONE N. A. | Final distribution to claim 6 representing a payment of 100.00 % per court order. | ($68.42) | 7100-000 | | |

Page Subtotals: $0.00  $4,412.93

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-02402 | Trustee Name: CATHERINE STEEGE |
| Case Name: SEAN TERRANCE LARMON | Bank Name: Associated Bank |
| MARJORIE LARMON | Account Number/CD#: XXXXXX9362 |
| | Checking Account |
| Taxpayer ID No: XX-XXX1389 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/13/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/01/16 | 3007 | SPRINGLEAF FINANCIAL SERVICES P.O. BOX 3251 EVANSVILLE, IN 47731-3251 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | | | $3,053.57 | $11,302.70 |
| | | | ($5.48) | 7990-000 | | | |
| | | SPRINGLEAF FINANCIAL SERVICES | Final distribution to claim 7 representing a payment of 100.00 % per court order. ($3,048.09) | 7100-000 | | | |
| 04/01/16 | 3008 | CAPITAL RECOVERY V, LLC C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVENUE SUITE 1120 MIAMI, FL 33131-1605 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | | | $512.06 | $10,790.64 |
| | | | ($0.92) | 7990-000 | | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 8 representing a payment of 100.00 % per court order. ($511.14) | 7100-000 | | | |
| 04/01/16 | 3009 | SEAN TERRANCE LARMON and MARJORIE LARMON | Distribution of surplus funds to debtor. | 8200-002 | | $10,790.64 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $21,785.76 | $21,785.76 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $21,785.76 | $21,785.76 |
| Less: Payments to Debtors | $0.00 | $10,790.64 |
| Net | $21,785.76 | $10,995.12 |

Page Subtotals:    $0.00    $14,356.27

UST Form 101-7-TDR (10/1/2010)  (Page: 13)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9362 - Checking Account | $21,785.76 | $10,995.12 | $0.00 |
|  | $21,785.76 | $10,995.12 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $21,785.76 |
| Total Gross Receipts: | $21,785.76 |

Page Subtotals:  $0.00   $0.00